## BERNSTEIN vs. GOLDSTONE.

*Ninth District Court for Shasta Co., Sept. T.,* 1857.

### COSTS——SLANDER.

The provision of the statute restraining the allowance of costs to the plaintiff when he recovers less than $200, does not apply to actions where the damages are but the incident and not the subject of the action.

Though costs may be allowed yet the party must file his bill of costs within the two days, or in that time get an extension from the court for a delay.

A verdict of ten cents damages in an action for slander, will carry costs.

This was a motion relative to a bill of costs, filed in the above action, brought for slander, wherein the jury found a verdict for the plaintiff, and assessed the damages at ten cents. The bill was filed after the two days allowed by law.

*Combs & Garter,* for plaintiff.

*Sprague & McMurtry,* for defendant.

DAINGERFIELD, J.—The verdict in this case carries costs, and is not one of those cases provided for in sec. 495 of the practice act. Where damages are but the incident, and not the subject of the action, a judgment will carry costs, particularly where there is no other court before which the suit could be prosecuted. A justice of the peace has no jurisdiction in an action of slander. Thus, in actions commenced with an injunction to restrain waste, and damages are claimed as an incident, a verdict in any amount will carry costs.

In this case, however, the plaintiff failed to file, within the two days after judgment, his sworn bill of costs, and it cannot be filed after that time has elapsed, unless leave had been given by the court, within the two days, to file the same, after that time.